WILOMAY HOLDING COMPANY, PLAINTIFF-PETITIONER AND CROSS-RESPONDENT, v. GRACE McCOY *ET AL.*, DEFENDANTS-RESPONDENTS AND CROSS-PETITIONERS.

See same case below: 50 *N. J. Super.* 386.

*Mr. Edward A. Smarak* and *Mr. Isadore Glauberman* for the plaintiff-petitioner, cross-respondent.

*Messrs. Schenck, Smith & King* and *Mr. Alten W. Read* for the defendants-respondents, cross-petitioners.

October 27, 1958.  Granted.

WILLIAM D. SPENCER, JR., PLAINTIFF-PETITIONER, v. RECREATION COMMISSION OF NORTH PLAINFIELD *ET AL.*, DEFENDANTS-RESPONDENTS.

*Messrs. Forman & Forman* and *Mr. Joseph H. Indick* for the petitioner.

*Messrs. Blumberg & Rosenberg, Mr. John F. Leonard, Messrs. Emory, Langan, Lamb & Blake* and *Mr. Paul B. Thompson* for the respondents.

October 27, 1958.  Granted.